1  AARON D. FORD
    Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Defendants. | Case No.  2:23-cv-00986-RFB-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, Daisy Lynne Meadows, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 27th day of June, 2025              DATED this 27th day of June, 2025.

                                                AARON D. FORD
                                                Attorney General

                                                By: /s/ *Douglas R. Rand*
/s/ Daisy Lynne Meadows                         　　DOUGLAS R. RANDS, Bar No. 3572
DAISY LYNNE MEADOWS                             　　Deputy Attorney General
Plaintiff, *Pro Se*                             　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED** this 21st day of August, 2025.

                                                _____
                                                RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE